NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ARNOLD E. CAVE,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3230

---

Petition for review of the Merit Systems Protection Board in case no. PH0353100597-I-1.

---

## ON MOTION

---

## O R D E R

Arnold E. Cave moves to withdraw his petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

__OCT 2 7 2011__                          /s/ Jan Horbaly
Date                                      Jan Horbaly
                                          Clerk

cc: Arnold E. Cave
    Jeanne E. Davidson, Esq.

s21

Issued As A Mandate: __OCT 2 7 2011__

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 7 2011

**JAN HORBALY**
**CLERK**